Thomas I. Rozsa, State Bar No. 080615
**ROZSA LAW GROUP LC**
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992
email: tom@ rozsalaw.com

Attorney for Plaintiff
Innovation Specialties
dba Innovation Line

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA (WESTERN DIVISION)

| | |
|---|---|
| INNOVATION SPECIALTIES, a California corporation, doing business as INNOVATION LINE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EIGHTH FLOOR PROMOTIONS, L.L.C., a Nevada limited liability company, and DOES 1-10, Inclusive,<br><br>　　　　Defendants. | Case No.:<br>**CV11-02533 GAF(ATNx)**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)** |

PLEASE TAKE NOTICE:

　　1.　　Plaintiff INNOVATION SPECIALTIES doing business as INNOVATION LINE ("Innovation Specialties") and Defendant EIGHTH FLOOR PROMOTIONS, L.L.C., a Nevada limited liability company ("Eighth Floor"), have entered into a Settlement Agreement and General Mutual Release to resolve this litigation.

///

1  2.  Plaintiff Innovation Specialties hereby dismisses with prejudice this action in its entirety.

3.  This dismissal with prejudice is made pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

**ROZSA LAW GROUP LC**

Dated: June 20, 2011

Thomas I. Rozsa
18757 Burbank Boulevard, Suite 220
Tarzana, California 91356-3346
Telephone (818) 783-0990
Facsimile (818) 783-0992

Attorney for Plaintiff
Innovation Specialties
dba Innovation Line

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) years and not a party to this action. My business address is 18757 Burbank Boulevard, Suite 220, Tarzana, California 91356-3346

On **June 20, 2011**, I served the following document(s) described as:

**NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)**

X   **BY MAIL** as follows: I am readily familiar with the firm's practice of collection and processing of correspondence for mailing with the United States Postal Service. Under that practice the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. Under that practice, the envelope(s) was (were) sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date in the United States Mail at Tarzana, California addressed as set forth on the Service List below.

**BY PERSONAL SERVICE** as follows: I caused such envelope(s) to be delivered by hand to the addressee(s) at the address set forth below by Delta Worldwide Services, Inc..

**BY FEDERAL EXPRESS** as follows: I placed the document(s) listed above with fees thereon fully prepaid for deposit with Federal Express (next business day delivery), this same day following ordinary business practices to the address(es) set forth below.

**BY FACSIMILE TRANSMISSION** as follows: I caused the above-referenced document(s) to be transmitted by facsimile to its intended recipient(s) at the following facsimile number(s) before 5:00 p.m.

Dylan Ruga, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, California 90067

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on **June 20, 2011**, at Tarzana, California.

Lauraine E. Kirby